## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUZANNE DAUGHETY** | * | **CIVIL ACTION NO. 18-2857** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH VANCE** |
| | * | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | **MAGISTRATE JUDGE KNOWLES** |

\* * * * * * * * * * * * *

## JOINT MOTION AND ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

    Plaintiff, Suzanne Daughety, for herself, her heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendant, Life Insurance Company of North America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, all claims plaintiff has asserted in this matter against Life Insurance Company of North America, be and they are hereby dismissed, with prejudice.

    WHEREFORE, the parties herein jointly move this Honorable Court to enter an Order dismissing plaintiff's claims with prejudice, in accordance with the parties' stipulation.

*Signatures on Next Page*

2

Respectfully submitted,

| | |
|---|---|
| s/ Reagan L. Toledano | s/ Lauren A. Welch |
| JAMES F. WILLEFORD (#13485) | LAUREN A. WELCH (#17199) |
| REAGAN L. TOLEDANOD (#29687) | McCRANIE, SISTRUNK, ANZELMO, |
| WILLEFORD & TOLEDANO | HARDY, McDANIEL & WELCH, L.L.C. |
| 201 St. Charles Avenue, Suite 4208 | 909 Poydras Street, Suite 1000 |
| New Orleans, LA  70170 | New Orleans, LA  70112 |
| Telephone:  (504) 582-1286 | Telephone:  (504) 831-0946 |
| Facsimile:  (313) 692-5927 | Facsimile:  (800) 977-8810 |
| E-mail:  rtoledano@willefordlaw.com | E-mail:  lwelch@mcsalaw.com |
| *Attorney for Plaintiff, Suzanne Daughety* | *Attorney for Defendant, Life Insurance Company of North America* |