## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUZANNE DAUGHETY** | * | **CIVIL ACTION NO. 18-2857** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH VANCE** |
| | * | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | **MAGISTRATE JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this __9th__ day of _____May_____, 2019.

*Sarah Vance*

**UNITED STATES DISTRICT COURT JUDGE**